JUDGE LIMAN

23 CV 07331

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

**ELETSON HOLDINGS, INC. and
ELETSON CORPORATION,**

                Petitioners,

Misc. No. 23-mc-279

**ORDER TO FILE
UNDER SEAL**

v.

**LEVONA HOLDINGS LTD,**

                Respondent.

Petitioner, having moved to file a new civil case temporarily under seal and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby

ORDERED this case may be filed under seal temporarily and shall remain under seal for seven (7) days. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this order to the selected party viewing level and close this case.

Dated:   8/17  , 2023
New York, New York

**SO ORDERED:**

_____
United States District Judge