```
UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF
NEW YORK
```

| | | |
|---|---|---|
| ELETSON HOLDINGS, INC. and ELETSON CORPORATION, | X<br>:<br>: | 23-cv-7331 (LJL) |
| Petitioners, | :<br>:<br>: | <u>ORDER</u> |
| -v- | :<br>: | |
| LEVONA HOLDINGS LTD., | :<br>:<br>: | |
| Respondent. | :<br>:<br>:<br>X | |

LEWIS J. LIMAN, United States District Judge:

     The motion for reconsideration is denied. As Respondent itself notes, all that the bankruptcy court could do in this matter would be to prepare and submit proposed findings of fact and conclusions of law that would be reviewed de novo by this Court. Confirmation proceedings are intended to be conducted on a summary and speedy basis. Respondent has already filed its motion to vacate and Petitioner its motion to confirm. The Court is prepared to consider those motions on the timetable submitted by the parties. The Court assumes it has the authority to send this matter to the bankruptcy court and declines to exercise that authority.

SO ORDERED.
Date: 10/17/2023
New York, New York

LEWIS J. LIMAN
United States District Judge