```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
:
ELETSON HOLDINGS, INC. and ELETSON :
CORPORATION, :
: 23-cv-7331 (LJL)
Petitioners, :
: ORDER
-v- :
:
LEVONA HOLDINGS LTD., :
:
Respondent. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The request of Eletson Holdings, Inc. and Eletson Corp. to strike the letter submission of Levona Holdings Ltd. is denied. Dkt. No. 97. The Court instead grants both parties leave to respond to the letter submissions of the other party by March 5, 2024 at 5:00 p.m. Letter briefs may be no longer than five single spaced pages and may not include any expert reports, appendices (except unpublished opinions and orders not available on Westlaw), or other extrinsic material.

SO ORDERED.

Dated: February 27, 2024
      New York, New York
                                                       LEWIS J. LIMAN
                                                   United States District Judge