```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ELETSON HOLDINGS, INC. and ELETSON                                   :
CORPORATION,                                                         :
                                                                     :
                              Petitioners,                           :    23-cv-7331 (LJL)
                                                                     :
           -v-                                                       :    ERRATA ORDER
                                                                     :
LEVONA HOLDINGS LTD.,                                                :
                                                                     :
                              Respondent.                            :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Opinion and Order filed on February 9, 2024 at Dkt. No. 83 contained a typographical error. On page 79, the sentence that reads, "The arbitrator thus exceeded his authority when he ruled that Pach Shemen and Murchinson were required to pay damages to Levona[,]" should read, "The arbitrator thus exceeded his authority when he ruled that Pach Shemen and Murchinson were required to pay damages to Eletson."

Along with this Errata Order the Court is separately filing an Amended Opinion and Order correcting that error. The error and correction reflected in the Amended Opinion and Order have no impact on the substance of the Opinion.

SO ORDERED.

Dated: April 19, 2024
       New York, New York                               _____
                                                        LEWIS J. LIMAN
                                                        United States District Judge

1