UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ELETSON HOLDINGS, INC. and ELETSON
CORPORATION,

                        Petitioners,

          -v-

LEVONA HOLDINGS LTD.,

                        Respondent.

------------------------------------------------------------------X

23-cv-7331(LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2024

LEWIS J. LIMAN, United States District Judge:

      The motion to seal at Docket No. 130 is granted.  Levona Holdings Ltd. shall file the documents at Docket Numbers 125-4, 125-5, 125-8, and 125-9 with the redactions set forth and requested in Docket Numbers 130-1, 130-2, 130-3, and 130-4, and the unredacted copies of those documents shall be maintained under seal absent further order of the Court.

      The parties are directed to inform the Court whether it may close the letter motion at Docket No. 122.

      SO ORDERED.

Dated: July 18, 2024
      New York, New York

                                     LEWIS J. LIMAN
                             United States District Judge