```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ELETSON HOLDINGS, INC. and ELETSON                                   :
CORPORATION,                                                         :
                                                                     :
                            Petitioners,                             :    23-cv-7331(LJL)
                                                                     :
            -v-                                                      :    ORDER
                                                                     :
LEVONA HOLDINGS LTD.,                                                :
                                                                     :
                            Respondent.                              :
                                                                     X
---------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

     Levona may submit a letter brief no more than four single-spaced pages limited to the issues raised by the remand decision on or before August 30, 2024. Eletson may submit a response letter no more than four single-spaced pages on or before September 4, 2024 at 10:00 p.m. Levona may submit a reply letter no more than two-single spaced pages on or before September 6, 2024.

     SO ORDERED.

Dated: August 23, 2024
      New York, New York

                                                   LEWIS J. LIMAN
                                     United States District Judge