```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELETSON HOLDINGS, INC. and ELETSON
CORPORATION,

                Petitioners,

    -v-

LEVONA HOLDINGS LTD.,

                Respondent.
------------------------------------------------------------------X

23-cv-7331(LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court will hold a conference with the parties on September 3, 2024 at 3:30 PM in Courtroom 15C, 500 Pearl Street, New York, New York to announce its decision on the motion to amend. Dkt. No. 123.

    SO ORDERED.

Dated: August 27, 2024
       New York, New York

                                        LEWIS J. LIMAN
                                 United States District Judge