UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
ELETSON HOLDINGS INC. ET AL.,  :
 :
            Plaintiff,  :
 :     23-cv-07331 (LJL)
   -v-  :
 :     ORDER
LEVONA HOLDINGS LTD.,  :
 :
            Defendant.  :
 :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Petitioners have filed a motion to serve a subpoena pursuant to 28 U.S.C. 1783, Dkt. No. 184, a motion for issuance of letters rogatory, Dkt. No. 187, and a motion for issuance of letters of request, Dkt. No. 192. The response dates to the motions are October 31, 2024, November 1, 2024, and November 7, 2024, respectively. For the scheduling convenience of the Court, Respondent is directed to inform the Court no later than October 28, 2024 whether it intends to oppose any of the motions and, if so, which motions.

    SO ORDERED.

Dated: October 25, 2024
       New York, New York

                                      LEWIS J. LIMAN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2024