```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ELETSON HOLDINGS INC. and ELETSON                                    :
CORPORATION,                                                         :
                                                                     :
                              Petitioners,                           :    23-cv-7331 (LJL)
                                                                     :
              -v-                                                    :         ORDER
                                                                     :
LEVONA HOLDINGS LTD.,                                                :
                                                                     :
                              Respondent.                            :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

This order memorializes orders issued and rulings made at the status conference held on November 12, 2024. the Court extends the stay originally entered on October 31, 2024, Dkt. No. 205, until December 6, 2024, and modifies the stay in certain limited respects.  First, the Court modifies the stay to permit (but not require) motions by interested parties, including Eletson Gas and the Preferred Nominees, to intervene in this action.  Second, the Court lifts the stay with respect to the motions filed by Petitioners relating to third party discovery, *see* Dkt. Nos. 183, 187, 192, 196, 199, such that Respondent shall be required to respond to those motions by November 19, 2024, and Petitioner shall then reply by November 26, 2024.  Both response and reply shall be made in consolidated form, addressing all outstanding third-party discovery motions.  A status conference will be held on December 6, 2024 at 12 p.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: November 14, 2024
       New York, New York                          _____
                                                         LEWIS J. LIMAN
                                                   United States District Judge