

**Louis M. Solomon**
Direct Phone: +1 212 549 0400
Email: lsolomon@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

November 25, 2024

**Via ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: *Eletson Holdings, Inc., et al. v. Levona Holdings Ltd.,* Civil No. 23-cv-7331 (LJL)

Dear Judge Liman:

We write as counsel in response to the Order issued today by this Court (Dkt. No. 218) for two reasons.

First, we seek to clarify whether the motions to intervene, which were permitted to be filed despite the earlier stay, may still be filed so as not to further significantly delay this statutory proceeding. As Your Honor elaborated at the November 12 status conference, permitting "the filings of motions to intervene by Gas and other people who are beneficiaries of the award" prior to a status conference would provide a "benefit" so that all interested parties "may have a better sense as to who's at the table" (11/12/24 Hr'g Tr. at 18:15-19:4; 21:2-8).

Second, we request that I be permitted to leave the January 10 conference by 3:30 pm given that January 10 is a Friday, and given the early time of sundown on that day. We are available earlier in the day on January 10 should that be convenient to the Court.

Respectfully,

Louis M. Solomon

cc: Counsel of Record (via ECF)

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON