```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ELETSON HOLDINGS INC. and ELETSON :
CORPORATION, :
:
Petitioners,   :    23-cv-7331 (LJL)
:
-v-     :    ORDER
:
LEVONA HOLDINGS LTD., :
:
Respondent. :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

For reasons stated on the record on December 23, 2024, the stay of proceedings in this matter is lifted for all matters except for discovery on the motion to vacate the award. Discovery with respect to the motion to vacate the award shall be stayed pending further order of the Court.

SO ORDERED.

Dated: December 30, 2024
       New York, New York                         _____
                                                  LEWIS J. LIMAN
                                                  United States District Judge