```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELETSON HOLDINGS INC. and ELETSON      :
CORPORATION,                            :
                                        :
                                        :
                                        :
                    Petitioners,        :         23-cv-7331 (LJL)
                                        :         24-cv-08672 (LJL)
        -v-                             :
                                        :              ORDER
LEVONA HOLDINGS LTD.,                   :
                                        :
                    Respondent.         :
------------------------------------------------------------------X
                                        :
                                        :
                                        :
                                        :
In re:                                  :
ELETSON HOLDINGS INC., et al.,          :
                    Debtors.            :
                                        :
                                        :
                                        :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/24/2025

LEWIS J. LIMAN, United States District Judge:

The Court has a letter, *see* Dkt. No. 32, in the appeal from the Bankruptcy Court, 24-cv-08672, from counsel, Reed Smith, who has appeared for Eletson Holdings, Inc. and who now purports to represent "(provisional) Eletson Holdings, Inc.," which petitions the Court to reject the Stipulation of Voluntary Dismissal signed by, among others, Eletson Holdings Inc., through counsel, Goulston & Storrs, who purport to represent that entity, *see* Dkt. No. 31.  As previously indicated, *see* Dkt. No. 33, the Court will permit counsel for "(provisional) Eletson Holdings, Inc." to be heard on why the Court should not sign the Stipulation of Voluntary Dismissal. Papers in support of what the Court construes to be a motion to strike Dkt. No. 32 shall be submitted no later than 5 p.m. on January 31, 2025.  Papers in opposition to the request for such

relief and in support of the Stipulation of Voluntary Dismissal shall be filed no later than 5 p.m. on February 14, 2025.  Reply papers shall be filed no later than 5 p.m. on February 21, 2025.

The Court will hold a hearing on the matter on February 26, 2025, at 2 p.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007.  At the same time, the Court will hear argument on the motion to strike at Dkt. No. 27 in 24-cv-8672 and the motion to compel at Dkt. No. 242 in 23-cv-7331.

SO ORDERED.

Dated: January 24, 2025
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge