```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELETSON HOLDINGS INC. and ELETSON         :
CORPORATION,                               :
                                           :
                                           :
                                           :
                    Petitioners,           :      23-cv-7331 (LJL)
                                           :      24-cv-08672 (LJL)
         -v-                               :
                                           :         ORDER
LEVONA HOLDINGS LTD.,                      :
                                           :
                    Respondent.            :
-------------------------------------------------------------------X
                                           :
                                           :
                                           :
                                           :
In re:                                     :
ELETSON HOLDINGS INC., et al.,             :
                    Debtors.               :
                                           :
                                           :
                                           :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2025

LEWIS J. LIMAN, United States District Judge:

Following communications from the purported parties in 24-cv-08672 regarding scheduling conflicts, see Dkt. Nos. 36, 37, the Court modifies its order of January 24, 2025, Dkt. No. 35 in 24-cv-08672 and Dkt. No. 253 in 23-cv-7331, as follows.

The Court will permit counsel for "(provisional) Eletson Holdings, Inc." to be heard on why the Court should not sign the Stipulation of Voluntary Dismissal. The due date for papers in support of what the Court construes to be a motion to strike Dkt. No. 32, will be as previously set. They shall be submitted no later than 5 p.m. on January 31, 2025. No good cause has been offered for an extension. Papers in opposition to the request for such relief and in support of the Stipulation of Voluntary Dismissal shall be filed no later than 5 p.m. on February 7, 2025. Reply

papers shall be filed no later than 5 p.m. on February 11, 2025.

To accommodate counsel for "(provisional) Eletson Holdings, Inc.", the Court will hold the hearing on the matter on Friday, February 14, 2025, at 10 a.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007. At the same time, the Court will hear argument on the motion to strike at Dkt. No. 27 in 24-cv-8672 and the motion to compel at Dkt. No. 242 in 23-cv-7331.

SO ORDERED.

Dated: January 27, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge