```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELETSON HOLDINGS INC. and ELETSON        :
CORPORATION,                             :
                                         :
                                         :
                                         :
                  Petitioners,           :      23-cv-7331 (LJL)
                                         :      24-cv-08672 (LJL)
     -v-                                 :
                                         :           ORDER
LEVONA HOLDINGS LTD.,                    :
                                         :
                  Respondent.            :
------------------------------------------------------------------X
                                         :
                                         :
                                         :
In re:                                   :
ELETSON HOLDINGS INC., et al.,           :
                  Debtors.               :
                                         :
                                         :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/12/2025

LEWIS J. LIMAN, United States District Judge:

The Court has scheduled argument for Friday, February 14, 2024 at 10 a.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007, on the following motions in case number 24-cv-8672: (1) the joint motion at Dkt. No. 27 filed by Eletson Holdings and the appellees to strike filings by Rimon P.C. and Reed Smith LLP at Dkt. Nos. 22, 23, and 24; and (2) the motion at Dkt. No. 43 filed by Rimon P.C. and Reed Smith LLP to strike the stipulation and agreement to dismiss the appeal under Federal Rule of Appellate Procedure 42 filed by Eletson Holdings, the Official Committee of Unsecured Creditors, and the appellees at Dkt No. 31.  The Court will also hear the separate motion in case number 23-cv-7331 from petitioners Eletson Holdings Inc. and Eletson Corp. to compel Reed Smith LLP to produce its client file for Eletson Holdings.  Dkt. No. 242.

The parties' briefs have been thorough. The Court is prepared to hear counsel on all three motions. Each side will have 45 minutes for argument. The Court will hear from Eletson Holdings and then from the lawyers who purport to represent "provisional" Eletson Holdings. Eletson Holdings may reserve time for rebuttal.

SO ORDERED.

Dated: February 12, 2025
       New York, New York

_____
                LEWIS J. LIMAN
                United States District Judge