```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ELETSON HOLDINGS, INC. and ELETSON          :
CORPORATION,                                :
                                            :
                      Petitioners,   :       23-cv-7331 (LJL)
                                            :
            -v-                          :       ORDER
                                            :
LEVONA HOLDINGS LTD.,                       :
                                            :
                      Respondent.   :
                                            X
---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

As stated on the record during the hearing on February 14, 2025, the Court sua sponte amends the second sentence of the Amended Opinion and Order of April 19, 2024, at Dkt. No. 104 at p. 123. As originally ordered, the second sentence began: "The Court confirms the Order." It is amended to add the conditional language: "Subject to the resolution of Levona's pending motion to vacate the award and its defense based on fraud in the arbitration." The amended order should be read to state, in the final sentence on page 123: "Subject to the resolution of Levona's pending motion to vacate the award and its defense based on fraud in the arbitration, the Court confirms the Award as stated in Dkt. No. 67-58, beginning on page 95, including the award of compensatory and punitive damages and the grant of attorneys' fees, costs, expenses, and pre-judgment interest, with the following exceptions . . ."

      SO ORDERED.

Dated: February 14, 2025
       New York, New York
                                                   LEWIS J. LIMAN
                                                   United States District Judge