```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELETSON HOLDINGS, INC. and ELETSON
CORPORATION,

                Petitioners,                      23-cv-7331 (LJL)

       -v-                                       ORDER

LEVONA HOLDINGS LTD.,

                Respondent.
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      For the reasons stated on the record during the hearing on February 14, 2025, the Court GRANTS IN PART the motion of Petitioners Eletson Holdings Inc. and Eletson Corp. at Dkt. No. 242.  The request to displace Reed Smith LLP as counsel of record in this matter is granted. Reed Smith is ordered to turn over to Petitioners' counsel of record Reed Smith's Eletson client file as described in the oral ruling, on the schedule set forth on the record at the hearing.  Any motion to stay the Court's order shall be filed by February 24, 2025.  Any opposition to a stay is due March 3, 2025, and any reply by March 5, 2025.

      The Clerk of Court is respectfully directed to close Dkt. No. 242.

      SO ORDERED.

Dated: February 14, 2025
       New York, New York

                                                               LEWIS J. LIMAN
                                                               United States District Judge