```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ELETSON HOLDINGS INC. and ELETSON                                 :
CORPORATION,                                                      :
                                                                  :
                          Petitioners,                            :   23-cv-7331 (LJL)
                                                                  :
            -v-                                                   :        ORDER
                                                                  :
LEVONA HOLDINGS LTD.,                                             :
                                                                  :
                          Respondent.                             :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has before it the motion of Reed Smith LLP ("Reed Smith") at Dkt. No. 273 for a stay pending appeal of this Court's order of February 14, 2025, Dkt. No. 269, displacing Reed Smith as counsel of record in this action and requiring it to turn over client files for Eletson Holdings Inc. and Eletson Corp, *id*. Reed Smith requests, in the alternative, that in the event the request for a stay is denied, the Court grant a temporary stay sufficient for it to seek relief in the United States Court of Appeals for the Second Circuit. Dkt. No. 274 at 16–17. Reed Smith represents that it is working to compile the documents necessary to comply with this Court's order and that it will continue to do so. *Id*. at 19–22.

The motion to stay was fully submitted only as of March 5, 2025. *See* Dkt. No. 281. The Court needs additional time to decide the motion. In the event that the Court determines not to grant a full stay, it is the Court's present intention to grant a temporary stay so that the Second Circuit may consider the application that Reed Smith has represented it intends to make. It appears that such time could be used by Reed Smith to prepare to comply with the Court's order,

should that be required. Accordingly, the Court stays the time for Reed Smith to comply with the Court's order of February 14, 2025, pending further order of the Court.

SO ORDERED.

Dated: March 12, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge