UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELETSON HOLDINGS, INC., and ELETSON CORP., <br><br> Petitioners/Cross-Respondents, <br><br> v. <br><br><br> LEVONA HOLDINGS LTD., <br><br> Respondent/Cross-Petitioner. | Civil Action No. 23-CV-7331 (LJL) |

**NOTICE OF MOTION FOR ISSUANCE OF
LETTERS OF REQUEST PURSUANT TO THE HAGUE EVIDENCE CONVENTION TO
OBTAIN DISCOVERY FROM CONYERS DILL & PEARMAN**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated May 23, 2025, Apargo Limited, Fentalon Limited, and Desimusco Trading Limited (collectively the "Preferred Shareholders"), by and through their attorneys shall move this Court, before the Honorable Lewis J. Liman, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 15C, 500 Pearl St. , New York, NY 10007, at a date and time directed by the Court, for an Order for issuance of letters of request for international judicial assistance from the appropriate judicial authorities of the British Virgin Islands, pursuant to 28 U.S.C. § 1781 and Chapter 1 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, T.IA.S. No. 7444, 23 U.S.T. 255, to obtain discovery from the non-party foreign entity Conyers Dill & Pearman.

The reasons and ground set for this motion are more fully described in the Memorandum of Law.

Dated: New York, New York
      May 23, 2025

Respectfully submitted,

By: */s/ Hal. S. Shaftel*

**GREENBERG TRAURIG, LLP**

Hal S. Shaftel
Maura E. Miller
Adam Kirschbaum
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200
shaftelh@gtlaw.com
maura.miller@gtlaw.com
kirschbauma@gtlaw.com

*Counsel for the Preferred Shareholders Apargo Limited, Fentalon Limited, and Desimusco Trading Limited*