**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELETSON HOLDINGS, INC., and ELETSON CORP., <br><br> Petitioners/Cross-Respondents, <br><br> v. <br><br><br> LEVONA HOLDINGS LTD., <br><br> Respondent/Cross-Petitioner. | Civil Action No. 23-CV-7331 (LJL) |

**[PROPOSED] ORDER GRANTING MOTION FOR ISSUANCE OF A LETTER OF REQUEST PURSUANT TO THE HAGUE EVIDENCE CONVENTION TO OBTAIN DISCOVERY FROM CONYERS DILL & PEARMAN**

**THIS MATTER** having come before the Court on the Motion of Apargo Limited, Fentalon Limited, and Desimusco Trading Limited, (collectively the "Preferred Shareholders), for an order pursuant to the Hague Evidence Convention to Obtain Discovery from Conyers Dill & Pearman ("Conyers") it is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. This Court shall sign the Letters of Request attached to the Application as Exhibit A, and affix the seal of the United States District Court for the Southern District of New York over said signature in each of the Letters of Request.

3. The Clerk of the District Court is directed to return the original, signed Letters of Request to counsel for the Intervenors so that said Letters of Request may be issued to the Registrar of the Supreme Court acting as the Competent Judicial Authority of the British Virgin Islands.

4. Counsel for the Preferred Shareholders is directed to transmit the original, signed Letters of Request to the Competent Judicial Authority of the British Virgin Islands.

5. The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this order.

**SO ORDERED.**

Dated: _____ 2025
       New York, New York

_____
The Honorable Lewis J. Liman
United States District Judge