## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELETSON HOLDINGS, INC., and ELETSON CORP., <br><br> Petitioners/Cross-Respondents, <br><br> v. <br><br> LEVONA HOLDINGS LTD., <br><br> Respondent/Cross-Petitioner. | Civil Action No. 23-CV-7331 (LJL) |

### DECLARATION OF HAL S. SHAFTEL IN SUPPORT OF APARGO LIMITED, FENTALON LIMITED, AND DESIMUSCO TRADING LIMITED'S MOTION FOR ISSUANCE OF LETTERS OF REQUEST PURSUANT TO THE HAGUE EVIDENCE CONVENTION TO OBTAIN DISCOVERY FROM CONYERS DILL & PEARMAN

I, Hal S. Shaftel, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Shareholder at Greenberg Traurig, LLP, counsel to Apargo Limited, Fentalon Limited, and Desimusco Trading Limited (collectively the "Preferred Shareholders").

2. I respectfully submit this declaration in support of the Preferred Shareholders' Motion For Issuance of Letters of Request Pursuant to the Hague Evidence Convention to Obtain Discovery from Conyers Dill & Pearman. I am familiar with the facts, pleadings, and proceedings referenced herein. I make this Declaration based on my personal knowledge, including my due diligence of documents and information in the hands of Preferred Shareholders, and without intention, authorization, or effect of waiving or compromising any privilege or immunity held by our clients.

3. Attached as **Exhibit A** is Preferred Shareholders Request for International Judicial Assistance to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters to Conyers Dill & Pearman ("Conyers Letter of Request").

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2025

                                                                                                                                 _____

                                                                                                                                 Hal S. Shaftel