UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELETSON HOLDINGS, INC. and ELETSON CORP., <br><br> Cross-Respondents, <br><br> v. <br><br> LEVONA HOLDINGS, LTD., <br><br> Cross-Petitioner, <br><br> and <br><br> APARGO LIMITED, FENTALON LIMITED, and DESIMUSCOTRADING LIMITED, <br><br> Intervenors. | Civ. No. 23-cv-07331 (LJL) |

**PRELIMINARY INJUNCTION ORDER**

Based upon the Memorandum of Law in Support of Levona Holdings' Motion for An Anti-Suit Injunction dated May 19, 2025; the accompanying Declaration of Isaac Nesser, and all other pleadings and proceedings had herein, and for the reasons set forth in the Court's accompanying Findings of Fact and Conclusions of Law, it is hereby:

**ORDERED**, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and the Court's inherent powers, pending final determination of this action, that Intervenors Apargo Limited, Fentalon Limited, and Desimusco Trading Limited; their agents, servants, employees, attorneys; and any other persons who are in active concert or participation with Intervenors, including Eletson Gas LLC, shall:

(a) take all steps necessary to dismiss the proceedings that they have initiated in Greece and the United Kingdom seeking to confirm and/or enforce the arbitration

award (the "Award") at issue in this action until the resolution of this action, specifically the actions bearing the caption *Eletson Gas LLC, et al. v. Levona Holdings Ltd., et al.*, pending before the Single-Member Piraeus First Instance Court under General Filing Number 18551/2024, and *Eletson Gas LLC v. Levona Holdings Ltd.*, pending before the Commercial Court of the Business & Property Courts of England and Wales under claim number CL-2024-000681; and

(b) inform Levona, and file a notice on the docket, of any foreign proceedings currently pending seeking to confirm and/or enforce the Award, within one day of the entry of this order, so that Levona may seek relief as appropriate; and

(c) inform Levona, and file a notice on the docket, of any future foreign proceedings seeking to confirm and/or enforce the Award, within one day of receiving notice of the commencement of such proceedings.

New York, New York

June 2, 2025

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge