UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELETSON HOLDINGS, INC., and ELETSON CORP., <br><br>　　Cross-Respondents, <br><br>　　v. <br><br>LEVONA HOLDINGS LTD., <br><br>　　Cross-Petitioner. <br><br>　　and <br><br>APARGO LIMITED, FENTALON LIMITED and DESIMUSCO TRADING LIMITED <br><br>　　Intervenors. | Civil Action No. 23-CV-7331 (LJL) |

## NOTICE OF IDENTIFICATION OF FOREIGN PROCEEDINGS

Pursuant to the Court's May 2, 2025 Preliminary Injunction Order (ECF 407), Intervenors Apargo Ltd., Fentalon Ltd., and Desimusco Trading Ltd. hereby provide notice of "any foreign proceedings currently pending seeking to confirm and/or enforce the Award [ECF 41-1]" as follows:

1. *Eletson Gas LLC, et al. v. Levona Holdings Ltd., et al.*, pending before the Single-Member Piraeus First Instance Court under General Filing Number 18551/2024, and

2. *Eletson Gas LLC v. Levona Holdings Ltd.*, pending before the Commercial Court of the Business & Property Courts of England and Wales under claim number CL-2024-000681.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ Hal. S. Shaftel*

Hal S. Shaftel
Maura E. Miller
Adam Kirschbaum
One Vanderbilt Avenue
New York, NY 10017
(212)801-9200
shaftelh@gtlaw.com
maura.miller@gtlaw.com
kirschbauma@gtlaw.com

*Counsel for Intervenors Apargo Limited, Fentalon Limited, and Desimusco Trading Limited*