```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ELETSON HOLDINGS INC. and ELETSON           :
CORPORATION,                                :
                                            :
                             Cross-Respondents,   :   23-cv-7331 (LJL)
                                            :
                -v-                        :   ORDER
                                            :
LEVONA HOLDINGS LTD.,                       :
                                            :
                             Cross-Petitioner,    :
                                            :
                and                        :
                                            :
APARGO LIMITED, FENTALON                    :
LIMITED, and DESIMUSCO TRADING              :
LIMITED,                                    :
                                            :
                             Intervenors.         :
                                            :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court is in receipt of letters at Dkt. Nos. 438 and 440 apparently submitted by persons who are not parties to these proceedings by lawyers who are not counsel of record. In order for a person who is not a party to this proceeding to obtain judicial relief they must move to intervene. *See 1199SEIU United Healthcare Workers E. v. PSC Cmty. Servs.*, 597 F. Supp. 3d 557, 566–67 (S.D.N.Y. 2022). Accordingly, the Court will disregard the letters and the requests for relief contained in them.

       SO ORDERED.

Dated: June 24, 2025
       New York, New York

                                                        LEWIS J. LIMAN
                                                        United States District Judge