UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELETSON HOLDINGS, INC. and ELETSON CORP., <br><br> Cross-Respondents, <br><br> v. <br><br> LEVONA HOLDINGS, LTD., <br><br> Cross-Petitioner, <br><br> and <br><br> APARGO LIMITED, FENTALON LIMITED, and DESIMUSCO TRADING LIMITED, <br><br> Intervenors. | Civ. No. 23-cv-07331 (LJL) <br><br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF LEVONA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM REED SMITH PURSUANT TO CRIME-FRAUD EXCEPTION**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 45(d)(2)(B), upon the annexed Memorandum of Law in Support of Levona's Motion To Compel Production Of Documents From Reed Smith Pursuant To Crime-Fraud Exception, dated June 24, 2025 ("Memorandum of Law"); Declaration of Isaac Nesser, dated June 24, 2025, and associated exhibits, the undersigned will apply, on a date to be determined by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order (1) compelling Reed Smith LLP to produce documents specified in Appendix A attached to the Memorandum of Law; or (2) that the Court will conduct an in camera review; and (3) granting such other relief as the Court deems just and proper.

1

Response and reply papers are to be filed pursuant to Local Civil Rule 6.1(b).

DATED: June 24, 2025    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ *Isaac Nesser*
Isaac Nesser
William B. Adams
Daniel M. Kelly
Michael A. Wittmann
295 Fifth Avenue
New York, NY 10016
Tel: 212-849-7253
isaacnesser@quinnemanuel.com
williamadams@quinnemanuel.com
danielkelly@quinnemanuel.com
michaelwittmann@quinnemanuel.com

Matthew Scheck
Matthew Roznovak (admitted *pro hac vice*)
Alexander Van Dyke (admitted *pro hac vice*)
300 W. 6th Street
Austin, TX 78701
Tel: 737-667-6100
matthewscheck@quinnemanuel.com
matthewroznovak@quinnemanuel.com
alexvandyke@quinnemanuel.com

*Attorneys for Cross-Petitioner Levona Holdings, Ltd.*