UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELETSON HOLDINGS, INC. and ELETSON CORP., <br><br>　　　　Cross-Respondents, <br><br>　　　　v. <br><br>LEVONA HOLDINGS, LTD., <br><br>　　　　Cross-Petitioner, <br><br>　　and <br><br>APARGO LIMITED, FENTALON LIMITED, and DESIMUSCO TRADING LIMITED, <br><br>　　　　Intervenors. | Civ. No. 23-cv-07331 (LJL) <br><br> **DECLARATION OF ISAAC NESSER** |

　　　　I, Isaac Nesser, make this declaration pursuant to 28 U.S.C. § 1746:

　　　　1.　　I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Cross-Petitioner Levona Holdings Ltd. ("Levona") in this action. I respectfully submit this declaration in support of Levona's Memorandum of Law in Support of Its Motion to Compel Production of Documents from Reed Smith Pursuant to Crime-Fraud Exception..

　　　　2.　　Attached hereto as Exhibit 1 is a true and correct copy of an email chain dated September 21, 2022, and an attachment thereto, produced by Reed Smith in this litigation bearing the Bates numbers ELETSON-LS-0002001 and ELETSON-LS-0002008 (produced natively as an Excel file).

　　　　3.　　Attached hereto as Exhibit 2 is a true and correct copy of an email chain dated June 17, 2022, and an attachment thereto, produced by Reed Smith in this litigation bearing the Bates numbers ELETSON-LS-0002166 and ELETSON-LS-0002167 (produced natively as an Excel file).

　　　　4.　　Attached hereto as Exhibit 3 is a true and correct copy of an email chain dated August

10, 2022, and an attachment thereto, produced by Reed Smith in this litigation bearing the Bates numbers ELETSON-LS-0002189 and ELETSON-LS-0002190 (produced natively as an Excel file).

5. Attached hereto as Exhibit 4 is a true and correct copy of an email chain dated August 11, 2022, and two attachments thereto, produced by Reed Smith in this litigation bearing the Bates numbers ELETSON-LS-0002197, ELETSON-LS-0002198 (produced natively as an Excel file), and ELETSON-LS-0002199.

6. Attached hereto as Exhibit 5 is a true and correct copy of an email chain dated September 20, 2022, and an attachment thereto, produced in this litigation by Reed Smith bearing the Bates numbers ELETSON-LS-0001987–91 and ELETSON-LS-0001992 (produced natively as an Excel file).

7. Attached hereto as Exhibit 6 is a true and correct copy of an email chain dated between July 11–17, 2023, produced by Reed Smith in this litigation bearing the Bates numbers REED SMITH (23-7331) 0014067–78.

8. Reed Smith has withheld 19,043 documents, as reflected on its combined privilege logs, the latest installment of which was served on June 20, 2025.

9. Based on a search conducted by my firm, it appears that the documents attached as Exhibits 1–5 hereto were not produced in the JAMS Arbitration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of June, 2025, in New York, New York.

/s/ Isaac Nesser  
Isaac Nesser