UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                            :
ELETSON HOLDINGS INC. and ELETSON          :
CORPORATION,                                          :
                                                            :
                              Cross-Respondents,        :          23-cv-7331 (LJL)
                                                            :
            -v-                                             :          ORDER
                                                            :
LEVONA HOLDINGS LTD.,                            :
                                                            :
                              Cross-Petitioner,          :
                                                            :
            and                                           :
                                                            :
APARGO LIMITED, FENTALON                     :
LIMITED, and DESIMUSCO TRADING          :
LIMITED,                                                 :
                                                            :
                              Intervenors.                :
                                                            :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/30/2025_

LEWIS J. LIMAN, United States District Judge:

     Reed Smith LLP ("Reed Smith") moves for an order staying further briefing on the motion of Levona Holdings Ltd to compel the production of documents withheld allegedly on an improper claim of privilege. Dkt. No. 453.[1] The motion is denied without prejudice to Reed Smith's right to raise in its opposition to the motion to compel its arguments regarding the Second Circuit's stay order. *See* Dkt. No. 450. There is no prejudice to Reed Smith submitting a memorandum of law in opposition to the motion to compel by July 8, 2025. Reed Smith apparently presumes that this Court will order the production of documents that Reed Smith claims are privileged. But that is the very issue before the Court. If the Court were to deny

_____

[1] Reed Smith states that it makes the motion also on behalf of "Provisional Holdings." No such entity has entered an appearance in this action.

Levona's motion, Reed Smith will have suffered no prejudice because no production of documents would follow.  If, to the contrary, the Court were to determine that the documents are not privileged then, even on Reed Smith's reading of the Second Circuit order, there would be no "privileged property" to protect.  The only documents to be produced would be non-privileged. Discovery from Reed Smith has already been delayed.  Levona is entitled to have its motion decided before this case goes to a hearing.  Reed Smith's motion for a stay would only lead to further delay, and for no good reason.

       SO ORDERED.

Dated: June 30, 2025
      New York, New York

_____
      LEWIS J. LIMAN
    United States District Judge