UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELETSON HOLDINGS, INC., and ELETSON CORP., <br><br>   Petitioners/Cross-Respondents, <br><br>v. <br><br><br>LEVONA HOLDINGS LTD., <br><br>   Respondent/Cross-Petitioner. <br><br>and <br><br>APARGO LIMITED, FENTALON LIMITED and DESIMUSCO TRADING LIMITED <br><br>   Intervenors. | Civil Action No. 23-CV-7331 (LJL) <br><br>[PROPOSED] CASE MANAGEMENT PLAN AND SCHEDULING ORDER |

LEWIS J. LIMAN, United States District Judge:

This Civil Case Management Plan and Scheduling Order is submitted by the parties in accordance with Federal Rule of Civil Procedure 26(f)(3):

1. All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

2. The parties have not engaged in settlement discussions.

3. All discovery is to be completed no later than August 14, 2025.

4. Requests to Admit shall be served no later than August 5, 2025.

5. Depositions shall be completed by August 14, 2025.

6. Any motion for summary judgment must be filed no later than August 28, 2025, accompanied by the moving party's Rule 56.1 statement. Any opposition shall be filed by September 11, 2025, along with the responsive Rule 56.1 statement, and any reply shall be filed by September 23, 2025, along with a counter-56.1 statement.

7. This case is not to be tried to a jury.

Counsel for the Parties:

William A. Adams
Isaac Nesser
Quinn Emanuel Urquhart & Sullivan LLP
295 Fifth Ave., New York, NY 10010

Jennifer Furey
Nathaniel Koslof
Gouston & Storrs P.C.
1 Post Office Sq., 25th Fl.,
Boston, MA 02109

Hal S. Shaftel
Maura E. Miller
Greenberg Traurig, LLP
One Vanderbilt Ave., New York, NY 10017

Dated: _____          _____
      New York, New York                                The Honorable Lewis J. Liman
                                                                           United States District Court Judge