```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ELETSON HOLDINGS INC. and ELETSON
CORPORATION,

                     Cross-Respondents,

    -v-

LEVONA HOLDINGS LTD.,

                     Cross-Petitioner,

    and

APARGO LIMITED, FENTALON
LIMITED, and DESIMUSCO TRADING
LIMITED,

                     Intervenors.
------------------------------------------------------------------X

23-cv-7331 (LJL)

MEMORANDUM

LEWIS J. LIMAN, United States District Judge:

      On August 1, 2025, with the consent of the parties, *see* Dkt. Nos. 526, 528, 531, the Court spoke with Justice Markus Koehnen of the Ontario Superior Court of Justice.

      Several topics were addressed. First, in response to a question, the Court expressed the view that Intervenors would have the right to seek the reopening of the depositions of Messrs. Spears and Lichtenstein in the United States and in their capacities with Murchinson Ltd. for good cause if documents produced in the Canadian proceeding warrant such result. Second, Justice Koehnen alerted the Court with respect to certain timing issues that he intends to take up with the parties before him. Third, Justice Koehnen inquired as to the sanctions imposed by the Bankruptcy Court on the principals of Intervenors and the Court conveyed the relevant procedural history, including the matters with respect to sanctions currently before the Court separately in various appeals from the Bankruptcy Court.

Dated: August 1, 2025
       New York, New York

                                                               LEWIS J. LIMAN
                                                               United States District Judge