**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7253**

WRITER'S EMAIL ADDRESS
**isaacnesser@quinnemanuel.com**

August 11, 2025

**VIA ECF**

Honorable Lewis J. Liman
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1620
New York, NY 10007-1312

Re:   <u>Eletson Holdings Inc. v. Levona Holdings Ltd.</u>, 23-cv-07331 (LJL)

Your Honor:

 I am writing for Levona and with the consent of Intervenors and Eletson to respectfully request that the Court adjourn the briefing schedule on Levona's amended vacatur petition by one week to accommodate ongoing discovery, including the deposition of Murchinson CEO Marc Bistricer that was ordered by the Ontario Superior Court of Justice today and is tentatively scheduled for Friday, August 15.  The existing schedule provides for briefing to run from this Wednesday, August 13 through September 8. Under the amended schedule, all dates would be pushed back by one week as follows:

 Opening Brief & Rule 56.1 Statement:  August 20, 2025
 Opposition Brief & Responsive Rule 56.1 Statement:  September 3, 2025
 Reply Brief & Counter-Rule 56.1 Statement: September 15, 2025

The parties appreciate the Court's consideration of this request.

Respectfully submitted,

 /s/ Isaac Nesser

Isaac Nesser

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH