**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELETSON HOLDINGS, INC. and ELETSON CORP., | |
| Cross-Respondents, | Civ. No. 23-cv-07331 (LJL) |
| v. | **ORAL ARGUMENT REQUESTED** |
| LEVONA HOLDINGS, LTD., | |
| Cross-Petitioner, | |
| and | |
| APARGO LIMITED, FENTALON LIMITED, and DESIMUSCO TRADING LIMITED, | |
| Intervenors. | |

**LEVONA'S MEMORANDUM OF LAW IN SUPPORT OF
AMENDED CROSS-PETITION TO VACATE ARBITRAL AWARD**

DATED: August 20, 2025                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Isaac Nesser
    Isaac Nesser
    William B. Adams
    Daniel M. Kelly
    Michael A. Wittmann
    295 Fifth Avenue
    New York, NY 10016
    Tel: 212-849-7253
    isaacnesser@quinnemanuel.com
    williamadams@quinnemanuel.com
    danielkelly@quinnemanuel.com
    michaelwittmann@quinnemanuel.com

    Matthew Scheck
    Matthew Roznovak (admitted *pro hac vice*)
    Alexander Van Dyke (admitted *pro hac vice)*
    300 W. 6th Street
    Austin, TX 78701
    Tel: 737-667-6100
    matthewscheck@quinnemanuel.com
    matthewroznovak@quinnemanuel.com
    alexvandyke@quinnemanuel.com

    *Attorneys for Cross-Petitioner Levona Holdings, Ltd.*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(c)

I, Isaac Nesser, certify that according to the word processing program used to prepare this opposition, the foregoing memorandum of law in relevant part contains 16,910 words, which is less than the 17,500 words permitted by this Court's order granting Levona permission to file a 50-page brief and Local Rule 7.1(c).

*/s/ Isaac Nesser*
Isaac Nesser
