```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ELETSON HOLDINGS INC. and ELETSON                                :
CORPORATION,                                                     :
                                                                 :
                        Cross-Respondents,                       :       23-cv-7331 (LJL)
                                                                 :
        -v-                                                      :           ORDER
                                                                 :
LEVONA HOLDINGS LTD.,                                            :
                                                                 :
                        Cross-Petitioner,                        :
                                                                 :
        and                                                      :
                                                                 :
APARGO LIMITED, FENTALON                                         :
LIMITED, and DESIMUSCO TRADING                                   :
LIMITED,                                                         :
                                                                 :
                        Intervenors.                             :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On June 24, 2025, Cross-Petitioner Levona Holdings Ltd. ("Levona") moves under Federal Rules of Civil Procedure Rule 45(d)(2)(B), to compel the production of documents from Reed Smith LLP ("Reed Smith") pursuant to the crime-fraud exception to attorney-client privilege and work product protection from Reed Smith's now-terminated representation of Eletson Holdings ("Holdings") and Eletson Corp. ("Corp." and collectively with Holdings, "Eletson"). Dkt. No. 446. Reed Smith opposes. Dkt. No. 484. Eletson responded in support of Levona's motion. Dkt. No. 492.

Levona appends to its memorandum of law in support of its motion the list of documents for which it seeks either an order compelling production of the documents or, in the alternative, "if the Court wishes to conduct an *in camera* review, Levona is prepared to identify example documents for *in camera* submission." Dkt. No. 447. The list of documents at Appendix A

spans roughly 130 pages of spreadsheet rows. *Id.* at ECF pp. 12–141. Accordingly, as a preliminary measure, the Court orders Levona to identify by no later than August 30, 2025, a set of no more than thirty documents representative of the alleged communication in furtherance of fraud for the purposes of directing the Court's *in camera* review. If Intervenors, Reed Smith, or Eletson wish to respond, they shall do so no later than September 2, 2025.

Dated: August 27, 2025  
      New York, New York

                                         LEWIS J. LIMAN  
                                     United States District Judge