```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/8/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ELETSON HOLDINGS INC. and ELETSON :
CORPORATION, :
:
                Cross-Respondents, :    23-cv-7331 (LJL)
:
    -v- :    ORDER
:
LEVONA HOLDINGS LTD., :
:
                Cross-Petitioner, :
:
    and :
:
APARGO LIMITED, FENTALON :
LIMITED, and DESIMUSCO TRADING :
LIMITED, :
:
                Intervenors. :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      By no later than September 12, 2025, Reed Smith LLP ("Reed Smith") is directed to produce documents 1–28 on Exhibit A to the letter of Levona Holdings Ltd. ("Levona") of August 30, 2025. Dkt. No. 581-1. As to those documents, Levona has presented "evidence sufficient to support a reasonable belief that in camera review may yield evidence that establishes the exception's applicability." *United States v. Zolin*, 491 U.S. 554, 574–75 (1989). The Court has considered the facts and circumstances of the case, the volume of materials it has been asked to review, the relative importance of the allegedly privileged information, and the likelihood that the evidence reviewed *in camera* will establish the applicability of the crime-fraud exception. *Id*. at 572. Levona's request that the Court review documents 29 and 30 is denied. In addition, Reed Smith's request to submit *ex parte* an explanation as to why the crime-

fraud exception does not apply to each document is granted. Reed Smith may submit one paragraph of no more than eight sentences for each of the twenty-eight documents.

Dated: September 8, 2025  
      New York, New York

                                         LEWIS J. LIMAN  
                                       United States District Judge