```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ELETSON HOLDINGS INC. et al,                                      :
:
            Plaintiff,                                            :
:               23-cv-7331 (LJL)
      -v-                                                         :
:                    ORDER
LEVONA HOLDINGS LTD.                                              :
:
            Defendants.                                           :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The parties are advised that on September 23, 2025, the United States District Court for the Southern District of New York adopted a Standing Order implementing new procedures for the storage and service of electronically filed sealed documents. The Standing Order can be found on the Court's website or at this link: https://www.nysd.uscourts.gov/sites/default/files/2025-09/Notice%20to%20Bar%20with%20Standing%20Order%20-%20Sealed%20Document%20Access.pdf.

Given that parties will no longer be able to access materials filed electronically under seal on the Electronic Case Filing system, they are directed to serve copies of the materials on opposing counsel by alternative means as provided in the Standing Order.

SO ORDERED.

Dated: September 24, 2025
       New York, New York                  _____
                                                  LEWIS J. LIMAN
                                             United States District Judge