USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ELETSON HOLDINGS, INC. et al.,                                         :
:
                 Plaintiffs,                                   :
:     23-cv-7331 (LJL)
      -v-                                                              :
:     ORDER
LEVONA HOLDINGS LTD., et al.,                                          :
:
                 Defendants.                                   :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       On September 19, 2025, this Court issued an Order granting the motion of Cross-Petitioner Levona Holdings, Ltd. ("Levona") to compel the production of documents from third-party Reed Smith LLP ("Reed Smith") pursuant to the crime-fraud exception to attorney-client privilege or work product protection. Dkt. No. 606. In that Order, the Court granted the motion as to a subset of a sample of documents. It also instructed the parties to meet and confer with respect to the process by which the Court should review the remainder of the documents identified by Levona as producible pursuant to the crime-fraud exception. Reed Smith and Levona both submitted letter proposals on October 6, 2025. Dkt. Nos. 612, 613. In its letter, Levona requested also that this Court order Reed Smith to provide email threading information. Dkt. No. 613 at 2.

       On October 17, 2025, the Court held a hearing, at which it ruled orally as to both how the parties will proceed and on Levona's request that Reed Smith produce the threading metadata. This Order memorializes the Court's oral ruling.

       By Wednesday, October 22, 2025, Reed Smith is ordered to provide to Levona a

metadata export including the data set forth in the paragraph marked "1." of the email attached as Exhibit A to Levona's October 6 letter.  Dkt. No. 613-1.  That includes the following data: document IDs/Bates; family groups/parent document IDs; email metadata fields; and resulting email threading output fields for that subset of documents identified by Levona in its subsequent letter to Reed Smith on October 6 as referenced at the argument on October 17, 2025.  In addition, Reed Smith is to provide a threaded log of the documents identified in that same subsequent October 6 letter.

Within three business days of the receipt of that data and log, Levona is ordered to provide the Court and Reed Smith with a list of 150 documents for which it seeks *in camera* review.  Levona will provide its reasoning as to why the Court can legally conduct *in camera* review on either a categorical basis or a document-by-document basis.

Three business days following Levona's proposed legal justification for *in camera* review, Reed Smith will submit its response.

If a reply is necessary, Levona will submit it by November 1, 2025.

SO ORDERED.

Dated: October 17, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge