UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                               :

ELETSON HOLDINGS INC.,                  :

                               :

            Petitioner,       :

                               :           23-cv-7331 (LJL)

     -v-                        :

                               :             ORDER

LEVONA HOLDINGS LTD.,            :

                               :

            Respondent.     :

                               :
--------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court will hold oral argument on the Amended Cross Petition to Vacate the Arbitral

Award on December 9, 2025 at 2:00 p.m, in Courtroom 15C, 500 Pearl Street.  The parties

should be prepared to address also Levona's motion for discovery sanctions against Intervenors.

The Court will allocate one hour to argument to be split between the parties.


      SO ORDERED.

Dated: November 26, 2025
      New York, New York                       _____
                                         LEWIS J. LIMAN
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2025