UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                   :
ELETSON HOLDINGS INC.,                                             :
                                                                   :
                            Petitioner,                            :
                                                                   :
        -v-                                                        :
                                                                   :
LEVONA HOLDINGS LTD.,                                              :
                                                                   :
                            Respondent.                            :
                                                                   :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/10/2025__

23-cv-7331 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

As discussed at the hearing on December 9, 2025, the Court has carefully and individually reviewed each of the remaining documents produced to the Court by Reed Smith for *in camera* review to determine whether they fall within the crime-fraud exception to attorney-client and work product privilege.  The Court has been assisted by Reed Smith's submission supporting the withholding of the documents produced to the Court in full *ex parte* and to Levona in redacted form.  *See* Dkt. No. 653.  The Court has also been assisted by Levona's response and accompanying declaration filed on December 8, 2025.  Dkt. Nos. 664–65.  Finally, the Court has reviewed and been aided by Reed Smith's reply filed today, December 10, 2025.  Dkt. No. 656.

The crime-fraud exception applies only where "there is probably cause to believe that the particular communication . . . was intended in some way to facilitate or conceal the [fraudulent] activity."  *Lazare Kaplan Int'l, Inc. v. KBC Bank N.V.*, 2016 WL 4154274, at *4 (S.D.N.Y. July 21, 2016) (quoting *In re Richard Roe, Inc.*, 68 F.3d 38, 40 (2d Cir. 1995); *see In re Grand Jury Subpoenas Dated September 13, 2023*, 128 F.4th 127, 145 (2d Cir. 2025) (upholding district

court's invocation of the crime-fraud exception where the communications were "structured and intended to conceal" fraud).  The Court has determined that the following documents fit within the crime-fraud exception in that they are "related to client communications in furtherance of contemplated or ongoing criminal or fraudulent conduct," *U.S. v. Jacobs*, 117 F.3d 82, 87 (2d Cir. 1997) (quoting *In re John Doe, Inc.*, 13 F.3d 633, 636 (2d Cir. 1994)), and were "intended in some way to facilitate or conceal the [fraudulent] activity," *id.* at 88 (quoting *In re Grand Jury Subpoena Duces Tecum*, 798 F.2d 32, 34 (2d Cir. 1986)).  They are documents 25–27, 33, 45, and 71.

Reed Smith is ordered to produce the documents to Levona by 5:00 p.m. on December 12, 2025.

SO ORDERED.

Dated:  December 10, 2025
        New York, New York
                                    _____
                                          LEWIS J. LIMAN
                                    United States District Judge

2