UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

Eletson Holdings Inc.,

                         Plaintiff,

     -v-

Levona Holdings Ltd.,

                     Defendant.

------------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:
:

23-cv-7331 (LJL)

ORDER

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 03/12/2026

LEWIS J. LIMAN, United States District Judge:

Responses to the motion at Dkt. No. 715 shall be filed by March 13, 2026.  Replies shall be filed no later than March 16, 2026.  The time for movants to file a reply memorandum in further support of the motion at Dkt. No. 681 is stayed pending further order of the Court.

     SO ORDERED.

Dated: March 12, 2026
       New York, New York

_____
           LEWIS J. LIMAN
        United States District Judge