UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
Eletson Holdings Inc.,                                                :
:
                              Plaintiff,                              :
:                          23-cv-7331 (LJL)
              -v-                                                     :
:                          ORDER
Levona Holdings Ltd.,                                                :
:
                              Defendant.                             :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Familiar with these proceedings is presumed.

On March 19, 2026, the Court granted Levona's motion for limited discovery into the

factual assertions made in the declarations accompanying Reed Smith/Solomon's and Greenberg

Traurig/Shaftel's oppositions to Levona's motion for sanctions.  Dkt. No. 727.  The Court

ordered that the parties submit a joint proposal for discovery, or if no agreement could be

reached, competing proposals.  *Id.*  The parties submitted competing discovery proposals on

March 27, 2026.  Dkt. Nos. 732–34.  This order resolves the disputes as the scope of discovery.

Discovery will be limited to Reed Smith and Greenberg Traurig and their respective

principals, Solomon and Shaftel, who submitted declarations in support of the memoranda of law

in opposition to the motion for sanctions.  Levona may serve upon those parties document

requests limited to testing the factual assertions in the Solomon and Shaftel declarations relevant

to the motion for sanctions (provided that such assertions are not withdrawn).  Such requests

need not be limited to only those documents that Solomon and Shaftel reviewed or relied upon in

drafting their declarations.  They shall be served within one week of this order.  Responses and

objections shall be due two weeks thereafter.  Levona will submit any motions to compel on the

basis of the responses and objections within one week of the receipt thereof.  The Court cannot judge relevancy based on the letters submitted by the parties.  Instead, it will address disputes as to the scope of discovery in the context of document requests, which should be limited to testing the factual assertions contained in the declarations, upon any such motion.  No interrogatories will be permitted absent leave of Court and Reed Smith/Solomon and Greenberg Traurig/Shaftel are relieved of the obligation to serve a privilege log pending further order of the Court.

Depositions are limited to only Solomon and Shaftel on the factual assertions made in their declarations.

SO ORDERED.

Dated: April 14, 2026
      New York, New York

                                   LEWIS J. LIMAN
                           United States District Judge