UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                            :

ELETSON HOLDINGS INC.,             :

                            :

              Petitioner,     :

                            :          23-cv-7331 (LJL)

     -v-                   :

                            :           ORDER

LEVONA HOLDINGS LTD.,        :

                            :

             Respondent.   :

                            :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/2026

LEWIS J. LIMAN, United States District Judge:

The Court having granted the motion to vacate the September 29, 2023 final arbitral award (the "Final Award") in the arbitration *Eletson Holdings, Inc. and Eletson Corp. v. Levona Holdings Ltd.*, JAMS Ref. NO. 542500051 (the "Arbitration") and the motion for discovery sanctions, both filed by Cross-Petitioner Levona Holdings, Ltd. ("Levona"), it is ORDERED, ADJUDGED AND DECREED that for the reasons set forth in the Court's Opinions and Orders (Dkt. Nos. 104, 678, 746), which are incorporated herein:

1. Judgment is ENTERED in favor of Levona and against Intervenors Apargo Ltd., Fentalon Ltd., and Desimusco Trading Ltd. on Levona's motion to vacate, and the Final Award is VACATED.

2. Pursuant to the Court's Opinion and Order of June 17, 2026, Dkt. No. 746, Intervenors Apargo Ltd., Fentalon Ltd., and Desimusco Trading Ltd. are ORDERED, jointly and severally, to pay Levona $296,014.04, as calculated at Dkt. No. 747, as discovery sanctions.

Dated: June 29, 2026
     New York, New York                          _____
                                        LEWIS J. LIMAN
                                 United States District Judge