quinn emanuel trial lawyers | new york
295 5th Avenue, New York, New York 10016 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7253**

WRITER'S EMAIL ADDRESS
**isaacnesser@quinnemanuel.com**

July 28, 2026

**VIA ECF**

Honorable Lewis J. Liman
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1620
New York, NY 10007-1312

Re: *Eletson Holdings, Inc. v. Levona Holdings Ltd.*, 23-cv-07331 (LJL)

Your Honor:

I am writing for Levona, jointly with Respondents Reed Smith LLP, Greenberg Traurig, LLP, Louis Solomon, and Hal Shaftel, pursuant to the Court's July 21, 2026 order (ECF 752), which required Levona and Respondents to meet and confer and "report to the Court ... with proposals regarding the timing and form of ... privilege logs to be ordered," as to discovery on Levona's pending sanctions motion.

Levona and Respondents have reached agreement on the form and timing of privilege logs to be ordered. As to form, Respondents will serve document-by-document metadata logs that include, for each document, the metadata required for document productions pursuant to the ESI Protocol in this action (ECF 398), the privilege(s) being asserted, the purported owner(s) of the privilege(s) being asserted, and the topic(s) to which the document relates (chosen from the list "Purported Nomination," "Purported Buyout," and/or "Discovery Misconduct," each as defined in Levona's RFPs), together with a threaded version of each log consistent with the threaded log the Court ordered Reed Smith to produce last year (ECF 620 at 2 (citing ECF 613-1)) (collectively, the "Metadata Logs"), *provided that* (i) Reed Smith and Mr. Solomon will serve a traditional document-by-document log for the 21 documents they contend were relied upon in drafting Mr. Solomon's declaration (the "21-Document Log"), (ii) Reed Smith and Mr. Solomon will reassess and confirm Reed Smith's privilege assertions as to documents Reed Smith logged on a document-by-document basis during discovery in this action last year (the "Previously-Logged Documents"), and (iii) Levona may identify particular Metadata Log entries for which it seeks a standard description field following receipt of the Metadata Logs.

As to timing, the Metadata Logs, 21-Document Log, and confirmation as to the Previously-Logged Documents will be provided within two weeks of the completion of the relevant Respondents' production.

Levona and Respondents respectfully request entry of an order reflecting the foregoing agreements.

Respectfully submitted,

*/s/ Isaac Nesser*

Isaac Nesser

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Date: July 29, 2026