USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELETSON HOLDINGS INC.,

Petitioner,

-v-

LEVONA HOLDINGS LTD.,

Respondent.

23-cv-7331 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court orders as follows with respect to certain outstanding sealing motions on the docket of this long-running dispute, of which familiarity is presumed:

The motion at Dkt. No. 179 is DENIED, and the Clerk of Court is respectfully directed to unseal Dkt. No. 180. The Clerk of Court is further directed to close the motion at Dkt. No. 179.

The motion at Dkt. No. 477 to seal the materials at Dkt. No. 437 is GRANTED. The documents at Dkt. No. 437 were filed without authorization by a person who is not a party to this case and therefore are not judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 115 (2d Cir. 2006) ("'the mere filing of a paper or document with the court is insufficient to render that paper a judicial document' and instead that 'the item filed must be relevant to the performance of the judicial function and useful in the judicial process in order for it to be designated a judicial document'" (quoting *United States v. Amodeo*, 44 F.3d 141, 145 (2d Cir. 1995))). The filing at Dkt. No. 437, which was not considered by the Court, shall remain under seal.

In conformance with the Court's ruling on the motion at Dkt. No. 477, the motion at Dkt. No. 436 is GRANTED. The Clerk of Court is further directed to close the motion at Dkt. No. 436.

The motion at Dkt. No. 481 is DENIED IN PART and GRANTED IN PART. The motion is granted with respect to Dkt. No. 486-21 and such document may remain under seal. The motion is otherwise denied, and Dkt. No. 486 shall be unsealed except for Dkt. No. 486-21.

The Court has under advisement the motion at Dkt. No. 497. The parties shall inform the Court by no later than August 20, 2026, whether there is any continued basis for the sealing of Dkt. No. 500. In the absence of a timely-filed response objecting to unsealing, the Court will deny the motion at Dkt. No. 497 and direct the Clerk of Court to unseal Dkt. No. 500.

SO ORDERED.

Dated: August 14, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge