HERBERT SMITH FREEHILLS KRAMER

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Herbert Smith Freehills Kramer (US) LLP
1177 Avenue of the Americas
New York, New York 10036
USA
T +1 212 715 9132
F +1 212 715 8000
E kyle.ortiz@hsfkramer.com
www.hsfkramer.com

August 24, 2026

*Re: Eletson Holdings Inc., et al. v. Levona Holdings Ltd., Case No. 23-cv-7331 (LJL); In re Eletson Holdings Inc., Case No. 24-cv-08672 (LJL); In re Eletson Holdings Inc., Case No. 25-cv-02789 (LJL); In re Eletson Holdings Inc., Case No. 25-cv-06182 (LJL); In re Eletson Holdings Inc., Case No. 25-cv-06716 (LJL); In re Eletson Holdings Inc., Case No. 25-cv-08519 (LJL); In re Eletson Holdings Inc., Case No. 25-cv-09367 (LJL); In re Eletson Holdings Inc., Case No. 25-cv-10604 (LJL); In re Eletson Holdings Inc., Case No. 26-cv-04218 (LJL); In re Eletson Holdings Inc., Case No. 26-cv-07142 (CM)*

Via Electronic Delivery

Dear Judges McMahon and Liman:

We write on behalf of Eletson Holdings Inc. ("Eletson"), which is a party in the above-referenced cases that emanate from or are related to the bankruptcy case of Eletson and its affiliates that is pending in the Bankruptcy Court for the Southern District of New York, Case No. 23-10322 (JPM) before the Honorable Judge John P. Mastando III. We write to apprise Your Honors that the recently initiated appeal numbered 26-cv-07142 (the "Kertsikoff Appeal") is related to the other cases referenced in the subject line hereof, and to request that it be assigned, like the rest of the cases, to Judge Liman.

To date, every appeal to the District Court from an order or judgment of the underlying bankruptcy case has been assigned to Judge Liman. A list of such appeals (both those referenced in the subject line above, as well as certain closed cases) is attached as an Exhibit hereto.

Herbert Smith Freehills Kramer LLP and its affiliated and subsidiary businesses and firms, Herbert Smith Freehills Kramer (US) LLP and its affiliate, and Herbert Smith Freehills Kramer, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills Kramer.

In New York, Washington, D.C. and California, we practice through Herbert Smith Freehills Kramer (US) LLP, a registered limited liability partnership organized under the laws of the State of New York with an office at 1177 Avenue of the Americas, New York, NY 10036. We use the word partner of Herbert Smith Freehills Kramer (US) LLP to refer to a member of Herbert Smith Freehills Kramer (US) LLP, or an employee or consultant with equivalent standing and qualifications.

HERBERT SMITH FREEHILLS KRAMER

August 24, 2026

Despite this history, when Appellant Vassilis Kertsikoff initiated the Kertsikoff Appeal, he failed to note its relatedness to the other cases emanating from Eletson's bankruptcy. Appellant's failure to list the related cases was surprising, especially considering he marked "Yes" to the question "Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time." *See* Case No. 26-cv-07142, Dkt. No. 2. Thereafter, on Friday, August 21, 2026, the Kertsikoff Appeal was assigned to Judge McMahon. *See* Case No. 26-cv-07142 (CM).

As Your Honors are aware, to determine whether cases are related, the Court considers whether "the actions concern the same or substantially similar parties, property, transactions or events; there is substantial factual overlap; the parties could be subjected to conflicting orders; and whether absent a determination of relatedness there would be a substantial duplication of effort and expense, delay, or undue burden on the court, parties or witnesses." R. 13(a)(1)(A)-(D), Rules for the Division of Business. Additionally, "[b]ankruptcy appeals will be deemed related if they arise from the same order or judgment of the bankruptcy court" and bankruptcy appeals "are not treated as related merely because they arise from the same bankruptcy proceeding." R. 13(a)(2)(D), Rules for the Division of Business. Here, the Kertsikoff Appeal is both related as a formal matter under the Rules, and it makes eminent sense for it to be assigned to Judge Liman.

The Kertsikoff Appeal challenges an order of the Bankruptcy Court (the "Vacatur Order") [Bankr. Dkt. No. 2090] in which that court declined to vacate previous orders holding Mr. Kertsikoff in contempt for undermining Eletson's confirmed chapter 11 plan. *See* Vacatur Order at 11 (noting that "the Orders and Judgments [at issue in the vacatur dispute] to one extent or another all relate back to violations of or attempts to undermine this Court's unstayed Confirmation Order"). Since the other pending Eletson-related appeals also by and large relate to the Confirmation Order and chapter 11 plan[1], the appeals are all related under the Rules.

Beyond the simple fact of their relation, there are other sound reasons for assigning the Kertsikoff Appeal to Judge Liman. First, Judge Liman is extensively familiar with the parties and facts of the matter through the above-referenced cases, having presided over no fewer than 20 Eletson-related cases. Second, Judge Liman is currently presiding over an appeal by other parties challenging one of the very orders that Mr. Kertsikoff had sought to vacate in his failed vacatur motion that is the subject of the Kertsikoff Appeal. *See* Case No. 25-cv-10604 (LJL) (appealing Judge Mastando's November 19, 2025 order granting sanctions against the Cypriot Entities, Vassilis Kertsikoff and Laskarina Karastamati). Third, Judge Liman is also currently presiding

[1] *See, e.g.*, *In re Eletson Holdings Inc.*, 2025 WL 2710411, at *2 (S.D.N.Y. Sept. 22, 2025), (Liman, J.) (addressing appeals from orders sanctioning various parties for violating the plan, and noting "[t]hese appeals arise from the petition of Holdings for protection under Chapter 11 of the United States Bankruptcy Code").

HERBERT SMITH FREEHILLS KRAMER

August 24, 2026

over an appeal that involves issues of personal jurisdiction and Hague Convention service—issues that are also at the center of the Kertsikoff Appeal. *See* Case No. 25-cv-06182.

Therefore, transferring the newly-filed Kertsikoff Appeal, Case No. 26-cv-07142, to Judge Liman will best serve the interests of justice and judicial economy.

Sincerely,

Kyle Ortiz
Partner

Attachment

Cc: Counsel of record (via ECF)

HERBERT SMITH FREEHILLS KRAMER

August 24, 2026

# ATTACHMENT A

List of related cases

*Eletson Holdings Inc., et al. v. Levona Holdings Ltd.*, Case No. 23-cv-7331 (LJL) (open)
*In re Eletson Holdings Inc.*, Case No. 24-cv-08672 (LJL) (open)
*In re Eletson Holdings Inc.*, Case No. 25-cv-01312 (LJL) (closed)
*In re Eletson Holdings Inc.*, Case No. 25-cv-01685 (LJL) (closed)
*In re Eletson Holdings Inc.*, Case No. 25-cv-02789 (LJL) (open)
*In re Eletson Holdings Inc.*, Case No. 25-cv-02811 (LJL) (closed)
*In re Eletson Holdings Inc.*, Case No. 25-cv-02824 (LJL) (closed)
*In re Eletson Holdings Inc.*, Case No. 25-cv-02895 (LJL) (closed)
*In re Eletson Holdings Inc.*, Case No. 25-cv-02897 (LJL) (closed)
*In re Eletson Holdings Inc.*, Case No. 25-cv-05753 (LJL) (closed)
*In re Eletson Holdings Inc.*, Case No. 25-cv-06182 (LJL) (open)
*In re Eletson Holdings Inc.*, Case No. 25-cv-06164 (LJL) (closed)
*In re Eletson Holdings Inc.*, Case No. 25-cv-06220 (LJL) (stipulation of dismissal filed 7/6/26)
*In re Eletson Holdings Inc.*, Case No. 25-cv-06240 (LJL) (closed)
*In re Eletson Holdings Inc.*, Case No. 25-cv-06316 (LJL) (closed)
*In re Eletson Holdings Inc.*, Case No. 25-cv-06716 (LJL) (open)
*In re Eletson Holdings Inc.*, Case No. 25-cv-07593 (LJL) (stipulation of dismissal filed 6/2/26)
*In re Eletson Holdings Inc.*, Case No. 25-cv-08519 (LJL) (open)
*In re Eletson Holdings Inc.*, Case No. 25-cv-09367 (LJL) (open)
*In re Eletson Holdings Inc.*, Case No. 25-cv-10604 (LJL) (open)
*In re Eletson Holdings Inc.*, Case No. 26-cv-04218 (LJL) (open)
*In re Eletson Holdings Inc.*, Case No. 26-cv-07142 (CM) (open)