USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELETSON HOLDINGS INC.,

Petitioner,

-v-

LEVONA HOLDINGS LTD.,

Respondent.

23-cv-7331 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court orders as follows in relation to the outstanding motion for sanctions, Dkt. No. 681, on the docket of this long-running dispute, of which familiarity is presumed:

The outstanding motion for sanctions was made by Levona Holdings Ltd. ("Levona") and implicates Respondents Reed Smith LLP ("RS"), Louis M. Solomon ("Solomon" and with RS, the "RS Parties"), Greenberg Traurig, LLP ("GT"), and Hal S. Shaftel, Esq. ("Shaftel" and with GT, the "GT Parties" and with the RS Parties, "Respondents"). Dkt. No. 681.

On March 20, 2026, the Court permitted limited discovery into the factual assertions made in the declarations of Solomon and Shaftel that may bear on the motion for sanctions. Dkt. No. 727. The Court resolved the scope of limited discovery on April 14, 2026, Dkt. No. 737, after which the Court resolved the parties' dispute regarding privilege logs on July 21, 2026, Dkt. No. 752. The parties conferred on the bounds of the privilege log production and the timing of the productions, which the Court endorsed and so ordered on July 29, 2026. Dkt. No. 755. Discovery is currently ongoing.

Accordingly, the parties are ordered to provide a joint status report to the Court by 5:00 p.m. on October 16, 2026, detailing the status of discovery and indicating when discovery will be

completed. The parties are also instructed to provide the Court with a proposal for when briefing on the motion for sanctions will conclude, either jointly or via separate position statements.

SO ORDERED.

Dated: October 7, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge