USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELETSON HOLDINGS INC.,

Petitioner,

-v-

LEVONA HOLDINGS LTD.,

Respondent.

23-cv-7331 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Reed Smith LLP requests that this Court seal documents that were previously ordered to be produced pursuant to the crime-fraud exception after the Court had conducted its *in camera* review. Dkt. No. 769. The pertinent documents have not yet been filed publicly. Without conceding that sealing is warranted, Eletson Holdings, Inc. and Levona Holdings Ltd. do not oppose Reed Smith LLP's request to file the documents under seal while the appeal of this Court's ruling compelling production is pending before the Second Circuit. *Id.* at 1–2.

The motion is GRANTED. Were the Court to unseal the pertinent documents, it would nullify forms of relief that Reed Smith LLP is seeking before the Second Circuit. *See N.Y. Times Co. v. U.S. Dep't of Just.*, 806 F.3d 682, 687 (2d Cir. 2015) (district court "maintained under seal" certain documents "only to assure that those [portions of the record] remained sealed in the event that a reviewing court disagreed").

The Clerk of Court is respectfully directed to close Dkt. No. 769.

SO ORDERED.

Dated: October 30, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge